# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL HERNANDEZ,<br><br>    Petitioner,<br><br>    v.<br><br>MIKE McDONALD, Warden,<br><br>    Respondent. | Case No. CV 08-8249-RSWL (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has expired, and no Objections have been filed. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the Petition for Writ of Habeas Corpus is denied; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED: 04-05-10

*RONALD S.W. LEW*

RONALD S.W. LEW
SENIOR, U.S. DISTRICT COURT JUDGE