# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL HERNANDEZ,<br><br>        Petitioner,<br><br>    v.<br><br>MIKE McDONALD, Warden,<br><br>        Respondent. | Case No. CV 08-8249-RSWL (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 04-05-10

*RONALD S.W. LEW*
RONALD S.W. LEW
SENIOR, U.S. DISTRICT COURT JUDGE